UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO. 3:05cv398 – RV/MD

| | |
|---|---|
| KATHY M. BREWER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MED3000 INVESTMENTS, INC. | ) |
| d/b/a MED3000 HEALTH SOLUTIONS, | ) |
| Defendant. | ) |
| | / |

## FINAL ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the parties' Stipulation For Voluntary Dismissal With Prejudice, it is hereby

ORDERED and ADJUDGED that this action, and each claim which was or could have been brought therein, is dismissed with prejudice, and neither party shall be awarded costs or attorney's fees.  The Clerk shall close this case.

DONE and ORDERED in Chambers at Pensacola, Florida, this 24th day of July, 2006.

/s/ *Roger Vinson*
Roger Vinson
Senior United States District Judge

## SERVICE LIST

**Counsel for Defendant:**
Courtney B. Wilson, Esq.
LITTLER MENDELSON, P.C.
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

**Counsel for Plaintiff:**
R. John Westberry, Esq.
Law Offices of R. John Westberry
1308 Dunmire Street, Suite B
Pensacola, FL  32504
Tel: (850) 438-0401
Fax: (850) 473-1388